IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| KATHERYN HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-02486-JDB-jay |
| | ) |
| UNION UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

ORDER TO SHOW CAUSE

In its scheduling order entered September 5, 2024, the Court directed the parties to engage in alternative dispute resolution ("ADR") by November 28, 2024. (Docket Entry 15.) The scheduling order instructed that, "[p]ursuant to Local Rule 16.3(d), within 7 days of completion of ADR, the parties shall file a notice confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR." (*Id.* at PageID 33.) To date, according to the docket, no ADR notice has been filed and the time for such filing has expired. The parties are, therefore, ORDERED to show cause, within eleven days of the entry of this order, why the Court should not impose sanctions for failure to comply with the scheduling order.

IT IS SO ORDERED this 6th day of January 2025.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE