UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

Case number: 1:24-CV-02486-JDB
Case title: Hopkins v. Union University
Plaintiff counsel: Mary A. Parker, Stephen Crofford, (Parker & Crofford)
Defendant counsel: Louis G. Marchetti, JR, Charles S. Michels
Presiding Judge: Judge Daniel Breen
Mediator: Trevor Howell

I, Trevor Howell, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on Dec. 12, 2024.

As a result of that mediation held on Dec. 12, 2024.

☐ The case has settled in whole.

　☐ Case settled prior to scheduling first mediation session.

　☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☑ The case has not settled.

　☐ Mediation will continue on _____.

　☑ The parties may schedule another session at a later date.

　☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Date: 1/8/25

Electronic signature of Mediator: s/ Trevor Howell