IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **KATHERYN HOPKINS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-02486-JDB-jay |
| ) | |
| **UNION UNIVERSITY**, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Comes now Plaintiff and in response to the Court's Order to Show Cause, D.E.#17, entered on the sixth day of January 2025 and would show the Court the following:

The parties recognized they had to schedule a mediation in this case on or before November 28, 2024, and, in fact, had agreed to schedule several different dates prior to November 28. Various issues occurred with scheduling, due to Defendant's schedule and a mediator's schedule around the holidays, which resulted in moving the mediation to December 12, 2024.

The mediation was conducted as scheduled; however, it was unsuccessful. The mediator, Trevor Howell, filed his mediation report with the court on the 9th day of January 2025, although it was expected to be filed immediately following the mediation.

The parties did not think a last minute, forced delay of 2 weeks for mediation due to scheduling difficulties justified taking the Court's time to deal with a motion for permission to change the date. We apologize if we were mistaken. Apparently, the filing of the mediation report was delayed, and therefore the court was not aware that the mediation had been conducted almost 4 weeks prior to the Show Case Order. The parties should have either ensured that the mediation

report was filed or filed their own mediation statement and apologize to the Court for not doing so.

Neither the rescheduling of the mediation, nor the delayed filing of the mediation report have in any way impacted the parties' abilities to move this case forward.

                                                Respectfully submitted,

                                                /s/Stephen Crofford
                                                Stephen Crofford
                                                Mary A. Parker
                                                PARKER & CROFFORD
                                                5115 Maryland Way
                                                Brentwood, Tn 37027
                                                615-244-2445
                                                Fax 615-255-6037
                                                stephencrofford@msn.com
                                                mparker@parker-crofford.com
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of January 2025, the foregoing document was sent via the court's electronic filing system and via electronic mail to the following counsel of record:

L. GINO MARCHETTI JR.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203-1312
(615) 320-3225 ext. 216
Direct Dial (615) 657-4882
gmarchetti@tpmblaw.com

John D. Burleson
Rainey, Kizer, Reviere, Bell, PLC
209 E. Main Street
Jackson, TN 38301
jburleson@raineykizer.com

                                                /s/Stephen Crofford