UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

RECEIVED
JAN 15 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

## MEDIATION CERTIFICATION

| Case number: | Case title: |
|---|---|
| 1:24-CV-02486-JDB | Hopkins v. Union University |
| Plaintiff counsel: Mary A. Parker, Stephen Crofford, (Parker & Crofford) | |
| Defendant counsel: Louis G. Marchetti, JR, Charles S. Michels | |
| Presiding Judge: Judge Daniel Breen | Mediator: Trevor Howell |

I, **Trevor Howell**, in accordance with the Court's Plan for Alternative Dispute Resolution, 9.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on **Dec. 12, 2024**.

As a result of that mediation held on **Dec. 12, 2024**.

☐ The case has settled in whole.

  ☐ Case settled prior to scheduling first mediation session.

  ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☑ The case has not settled.

  ☐ Mediation will continue on _____.

  ☑ The parties may schedule another session at a later date.

  ☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Date | Electronic signature of Mediator: |
|---|---|
| 1/8/25 | s/ Trevor Howell |