IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **KATHERYN HOPKINS,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:24-CV-02486-JDB-jay |
| ) | |
| **UNION UNIVERSITY,** ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Katheryn Hopkins ("Plaintiff") and Defendant Union University ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate that this action and all claims pending in it be dismissed with prejudice, as the parties have reached a resolution of the dispute. Each party shall bear her or its own costs and fees.

Respectfully submitted,

PARKER & CROFFORD

By:   s/ Stephen Crofford
      STEPHEN CROFFORD, BPR NO. 012039
      MARY A. PARKER, BPR NO. 006016
      5115 Maryland Way
      Brentwood, TN 37027
      (615) 244-2445
      stephencrofford@msn.com
      mparker@parker-crofford.com

*Attorneys for Plaintiff*

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   s/ Geoffrey A. Lindley
     JOHN D. BURLESON, BPR NO. 010400
     GEOFFREY A. LINDLEY, BPR NO. 021574
     MATTHEW R. COURTNER, BPR NO. 029113
     209 East Main Street
     P. O. Box 1147
     Jackson, TN 38302-1147
     (731) 423-2414
     jburleson@raineykizer.com
     glindley@raineykizer.com
     mcourtner@raineykizer.com

*Attorneys for Defendant Union University*