UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

KATHERYN HOPKINS,

                                        JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.                                            NO. 1:24-cv-2486-JDB-jay

UNION UNIVERSITY,

    Defendant.

---

IT IS ORDERED AND ADJUDGED that in accordance with the **STIPULATION** of Dismissal entered on September 15, 2025, this cause is hereby **DISMISSED WITH PREJUDICE.**

                                          APPROVED:

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE

                                          DATE: September 15, 2025

WENDY R. OLIVER
Clerk of Court

                                          s/Maurice Bryson
                                          (By)    Deputy Clerk